UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AYLIN ALDERETTE,[1]

Plaintiff

v.

KENNETH WILLIAMS, et al.,

Defendants

Case No. 2:26-cv-02425-GMN-MDC

**ORDER**

On August 6, 2026, *pro se* Plaintiff Aylin Alderette, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. ECF No. 1. But Plaintiff did not file a complaint. The Court orders Plaintiff to file a signed complaint detailing the allegations of any potential claims.

## I. DISCUSSION

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

## II. CONCLUSION

Accordingly, for the reasons stated above,

IT IS THEREFORE ORDERED that, no later than **September 14, 2026**, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff

[1] The Clerk of Court is ordered to change the current surname of Plaintiff from "Alderetle" to "Alderette."

can file a complaint.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint with instructions.

IT IS FURTHER ORDERED that the Clerk of Court change the current surname of Plaintiff from “Alderetle” to “Alderette.”

DATED: August 14, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE